IN THE UNITEDSTATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| THE FROMM GROUP, INC. | ) | 04 CV. 0888A(SC) |
| Plaintiff, | ) | |
| | ) | |
| - against - | ) | |
| | ) | |
| THE DISNEY STORE, INC., and | ) | |
| | ) | |
| THE WALT DISNEY COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff The Fromm Group, Inc. and Defendants Hoop Retail Stores, LLC (erroneously sued herein as The Disney Store, Inc.) and The Walt Disney Company hereby stipulate to dismiss, with prejudice, all claims asserted by the Plaintiff against the Defendants, and to dismiss, without prejudice, all counterclaims and defenses asserted by the Defendants against the Plaintiff. Each of the parties shall bear its own attorneys' fees and costs.

Dated: Buffalo, New York

April 14, 2005


BARTH, SULLIVAN & BEHR                FARACI & LANGE, LLP

/s/ Philip B. Abramowitz_____       /s/ Joseph A. Regan_____
Philip B. Abramowitz, Esq.            Joseph A. Regan, Esq.
Attorneys for Plaintiff               Attorney for Defendants
43 Court Street, Suite 600            The Walt Disney Company and
Buffalo, NY 14202                     Hoop Retail Stores, LLC
(716) 856-1300
                                      Crossroads Building, Fourth Floor
                                      2 State Street
                                      Rochester, New York 14614
                                      (585) 325-5150

                                      WILMER CUTLER & PICKERING HALE
                                      and DORR, LLP

                                                                       Donald R. Steinberg, Esq.
                                                                       Of Counsel for Defendants
                                                                       60 State Street
                                                                       Boston, MA 02109
                                                                       (617)526-6000

SO ORDERED:

_____
        U.S.D.J.